STATE OF NEW JERSEY v. JESUS M. ALEXANDER.

January 23, 1984.

Petition for certification denied. (See 191 *N.J.Super.* 573)

STATE OF NEW JERSEY v. ANGEL AND CAROL RODRIGUEZ.

January 23, 1984.

Petition for certification denied.

STATE OF NEW JERSEY v. JAMES COLEMAN.

January 23, 1984.

Petition for certification denied.

TOWNSHIP OF PRINCETON v. ANTHONY R. GAYLORD.

January 23, 1984.

Petition for certification denied.